Mark W. Kelsey, Attorney, SB#295818
877 Ygnacio Valley Rd., Ste. 208
Walnut Creek, CA 94596
(ph) 925.476.5761; (fax) 925.476.5771
mark@markwkelseylaw.com

Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINDA HINTZ<br><br>Plaintiff<br><br>vs.<br><br>EBSIR INVESTMENT CORPORATION, DBA BAY SOTHEBY'S (A CALIFORNIA BUSINESS ENTITY), AND CINDY DUFFY CHASE (A NATURAL PERSON)<br><br>Defendants | Case No.: 3:17-cv-02198-JCS<br><br>**MOTION FOR ENTRY OF DEFAULT BY THE CLERK** |

Plaintiff hereby respectfully requests that the Clerk of Court enter the default of Defendants EBSIR INVESTMENT CORPORATION (DBA BAY SOTHEBY'S) and CINDY DUFFY CHASE, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend this action, as fully appears from the court file herein and from the attached declaration of Plaintiff's counsel, Mr. Mark W. Kelsey, Esq.

HINTZ V. EBSIR INVESTMENT CORPORATION (DBA BAY SOTHEBY'S), ET.AL[NO. 3:17-CV-02198-JCS
MOTION FOR ENTRY OF DEFAULT BY THE CLERK

1

Respectfully submitted on this 20th day of June, 2017.

*Mark W. Kelsey*, State Bar # 295818
The Law Offices of Mark W. Kelsey
877 Ygnacio Valley Rd., Ste. 208
Walnut Creek, CA 94596
(925) 476-5761 (phone)
(925) 476-5771 (fax)
mark@markwkelseylaw.com
*Attorney for the Plaintiff*

HINTZ V. EBSIR INVESTMENT CORPORATION (DBA BAY SOTHEBY'S), ET.AL[NO. 3:17-CV-02198-JCS
MOTION FOR ENTRY OF DEFAULT BY THE CLERK